[No. 20660. *En Banc.* June 14, 1928.]

LENA J. BRADLEY *et al., Respondent,* v. LORENA TRUEDSON MAYHEW *et al., Defendants,* v. AMERICAN SURETY COMPANY OF NEW YORK *et al., Appellants and Cross-Appellants.*[1]

Appeal from a judgment of the superior court for Lincoln county, Webster, J., entered December 29, 1926, in an action to establish the rights of certain heirs in a decedent's estate. Reversed as to appellant American Surety Company, and reversed in part as to appellant Lena J. Bradley; affirmed in all other respects.

*Voorhees & Canfield* and *Reba J. Hurn,* for appellant Phoenix Mutual Life Insurance Co.

*John I. Melville* and *R. M. Dye,* for appellant American Surety Co.

*Post & Russell,* for appellant and respondent Aetna Casualty & Surety Co.

*Samuel P. Weaver* and *Ross C. Fisher,* for cross-appellants Truedson *et al.*

*John M. Cannon* and. *Cannon & McKevitt,* for respondents .Bradley *et al.*

*A. O. Colburn,* for defendants Anderson Mortgage & Investment Co. *et al.*

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* a majority of the court adheres to the opinion heretofore filed herein and reported in 146 Wash. 421, 263 Pac. 741. The cause will therefore be remanded to the trial court with instructions to modify the judgment in accordance with that opinion.

[1]Reported in 268 Pac. 169.